**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GARY NULL, PH.D., et al.,

                           Plaintiffs,
    -against-                                                                                23 **CIVIL** 8343 (JPO)

                                                                                         **JUDGMENT**

BANK OF AMERICA, N.A.,

                           Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 20, 2024, Defendant's Rule 12(b)(5) motion to dismiss is DENIED, and Defendant's Rule 12(b)(6) motion to dismiss is GRANTED. Defendant's previously filed motion to dismiss the original complaint (ECF No. 20) is DENIED as moot in light of the filing of the First Amended Complaint. Judgment is entered dismissing the complaint; accordingly, the case is closed.

**Dated:**  New York, New York

      May 20, 2024

                                                                                   **RUBY J. KRAJICK**
                                                                                     _____
                                                                                        **Clerk of Court**
                                                     **BY:**     *K. Mango*
                                                                                      _____
                                                                                     **Deputy Clerk**